**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JOSHUA YEPES-PETRICIOLET (1),<br>GRISEL PETRICIOLET-MARTINEZ (2),<br><br>                Defendants. | Case No. 25-cr-02730-AJB<br>           (25MJ8541)<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C.,<br>Secs. 952 and 960 - Importation<br>of methamphetamine (Felony);<br>Title 18, U.S.C., Sec. 2 -<br>Aiding and Abetting |

The United States Attorney charges:

On or about June 22, 2025, within the Southern District of California, defendants, JOSHUA YEPES-PETRICIOLET and GRISEL PETRICIOLET-MARTINEZ, did knowingly and intentionally import 500 grams and more, to wit: approximately 120.36 kilograms (265.35 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2.

DATED: June 27, 2025.

                                        ADAM GORDON<br>                                        United States Attorney

                                        *Allison Rogge*<br>                                        ALLISON ROGGE<br>                                        Assistant U.S. Attorney

ABRO:sc:6/27/2025